## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 15 B 41068 |
| KATIE M. LINDSEY, ) | |
| ) | |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Honorable Judge A. Benjamin Goldgar |
| ) | |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on April 5, 2016 at 11:00 a.m., the undersigned will appear before the Honorable A. Benjamin Goldgar at the Dirksen Federal Building, located at 219 S. Dearborn, Courtroom 642, Chicago, Illinois and will then and there present the attached **DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 7944 S. WHIPPLE STREET, CHICAGO, ILLINOIS AND TO BIFURCATE NATIONSTAR MORTGAGE LLC'S FIRST MORTGAGE CLAIM INTO A SECURED AND UNSECURED NON PRIORITY PORTION**, at which time you may appear if you so choose.

### Certificate of Service

I, Paul M. Bach, hereby certify that I caused to be served via First Class US Mail postage prepaid upon the parties named above on March 23, 2016 this Notice and the attached Motion with attachments from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   /S/ PAUL M. BACH
      SULAIMAN LAW GROUP, LTD
      COUNSEL FOR DEBTOR(S)
      900 JORIE BOULEVARD, SUITE 150
      OAK BROOK, IL 60523
      PHONE: (630) 575-8181
      FAX:   (630) 575-8188
      ATTORNEY NO: 6209530

## SERVICE LIST

**Katie M Lindsey**
8226 S. Richmond Street
Chicago, IL 60652

**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Joel P Fonferko**
Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527

**Nationstar Mortgage LLC**
C/O Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, Illinois 62703

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 15 B 41068 |
| KATIE M. LINDSEY, ) | |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | Honorable Judge A. Benjamin Goldgar |
| ) | |

**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 7944 S. WHIPPLE STREET, CHICAGO, ILLINOIS AND TO BIFURCATE NATIONSTAR MORTGAGE LLC'S FIRST MORTGAGE CLAIM INTO A SECURED AND UNSECURED NON PRIORITY PORTION**

**NOW COMES**, KATIE M. LINDSEY ("Debtor"), by and through her attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C §§506(a) and 1322(b)(2) and Federal Bankruptcy Rule 3012, moves this Honorable Court to determine the fair market value of the real estate commonly known as 7944 S. Whipple Street, Chicago, Illinois ("subject property") and bifurcate Nationstar Mortgage LLC's first mortgage claim into a secured and unsecured non priority portion and in support thereof state as follows:

1. The Debtor alleges that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

2. The Debtor further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 228 of the United States Code.

3. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on December 3, 2015.

4. Nationstar Mortgage, LLC is an entity engaged in the business of lending in the State of Illinois.

5. The Debtor, Katie M. Lindsay, is the sole owner of the subject property.

6. Prior to filing the underlying Chapter 13 bankruptcy case, the Debtor filed a Chapter 7, case number 12-5039, and received a discharge.

7. The subject property is a single family home which is not occupied by the Debtor.

8. The subject property became property of the estate by operation of 11 U.S.C. §541 upon the filing of the Chapter 13.

9. At the time of the filing of the instant Chapter 13 proceeding, the fair market value of the subject property was $118,000.00. *See* attached Exhibit A is a true and accurate copy of the real estate appraisal conducted by a real estate professional.

10. Nationwide Mortgage LLC has an interest in the real estate as a result of a first priority mortgage recorded in the Cook County Recorder of Deeds Office.

11. Pursuant to 11 U.S.C. §§ 506(a) & (d) and 1322(b)(2), a creditor would only have a secured claim to the extent of the value of the bankruptcy estate's interest in the property securing the claim. As a result, a creditor's lien is void to the extent it is not an allowed secured claim.

12. "The valuation of an under-secured mortgage claim is commonly referred to as a "strip down" or "cram down." Where the valuation of property indicates that a claim is partially secured, the secured portion of the claim is paid through the debtor's plan as an allowed secured claim, and the unsecured portion is "stripped down" to an allowed unsecured claim. The unsecured claim generally is paid on a pro rata basis along with all other general unsecured claims." *In re Pierre*, 468 B.R. 419, 422 (Bankr.M.D.Fla 2012).

13. Pursuant to 11 U.S.C. §506(a), based on the fair market value of the real estate being $118,000.00, the first priority mortgage claim of Nationwide Mortgage LLC should be bifurcated to a secured claim of $118,000.00 and an unsecured claim of the balance of the allowed claim.

14. Nationwide Mortgage LLC's allowed first priority mortgage secured claim of $118,000.00 should be paid in full as an allowed secured claim in the Debtor's Chapter 13 plan.

15. Nationwide Mortgage LLC's 's allowed unsecured claim as to the first priority mortgage was previously discharged in Debtor's previous Chapter 7 discharge and should not be paid as the Debtor's personal liability on the underlying loan was extinguished in the previous Chapter 7 discharge.

**WHEREFORE**, the Debtor, KATIE M. LINDSEY, prays this Honorable Court enter an Order as follows:

1. Determining that the Fair Market Value of the Real Estate commonly known as 7944 S. Whipple Street, Chicago, Illinois is $118,000.00;

2. Bifurcating Nationwide Mortgage LLC's 's first priority mortgage claim to a secured claim of $118,000.00 and an unsecured claim;

3. Determining Nationwide Mortgage LLC's does not have an unsecured claim by virtue of Debtor's previous Chapter 7 discharge and that no amount shall be paid Nationwide Mortgage LLC's by the Chapter 13 Trustee; and

4. Determining that any balance owed on Nationwide Mortgage LLC's secured claim shall be discharged upon completion of this Chapter 13 case in the underlying bankruptcy;

5. For any other and further relief as the Court may seem just and proper.

Dated: March 23, 2016                              Respectfully Submitted,

                                                   KATIE M. LINDSEY

                                                   /s/ Paul M. Bach
                                                   Paul M. Bach, Of Counsel
                                                   Sulaiman Law Group, LTD
                                                   900 Jorie Blvd, Ste 150
                                                   Oak Brook, IL 60523
                                                   Phone (630)575-8181